```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMED KOYSOR AHMED,

                            Plaintiff,

        -against-                                    REPORT AND
                                                     RECOMMENDATION
                                                     19-CV-4439-MKB-SJB
CITIBANK, N.A.,

                            Defendant.
-----------------------------------------------------------------X
```
**BULSARA, United States Magistrate Judge:**

      Citibank has asked the Court to stay this action pending arbitration. (*See* Mot. to Stay dated Apr. 3, 2020, Dkt. No. 17 at 1; Reply in Supp. of Mot. to Stay dated Apr. 3, 2020, Dkt. No. 22 at 1). "[C]ourts have discretion to dismiss—rather than stay—an action when all of the issues in it must be arbitrated." *Milgrim v. Backroads, Inc.*, 142 F. Supp. 2d 471, 476 (S.D.N.Y. 2001); *Nayal v. HIP Network Servs. IPA, Inc.*, 620 F. Supp. 2d 566, 574 (S.D.N.Y. 2009) ("[W]here all of the issues raised in the Complaint must be submitted to arbitration, the Court may dismiss an action rather than stay proceedings." (quotations omitted)). Here, as the Court has determined in an opinion issued today, all of Ahmed's claims are arbitrable. In light of the fact that all claims brought by Plaintiff are now subject to and will be resolved in arbitration, the Court respectfully recommends that this case be dismissed. *See, e.g.*, *Nayal*, 620 F. Supp. 2d at 574 ("Because the Court has determined that all of Nayal's claims must be submitted to arbitration, the Court dismisses this action without prejudice." (collecting cases)).

      Any objections to the Report and Recommendation above must be filed with the Clerk of the Court within 14 days of service of this Report. Failure to file objections within the specified time waives the right to appeal any judgment or order entered by

the District Court in reliance on this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); *Caidor v. Onondaga Cty.*, 517 F.3d 601, 604 (2d Cir. 2008) ("[F]ailure to object timely to a magistrate[] [judge's] report operates as a waiver of any further judicial review of the magistrate[] [judge's] decision.").

SO ORDERED.

*/s/ Sanket J. Bulsara* June 2, 2020
SANKET J. BULSARA
United States Magistrate Judge

Brooklyn, New York