UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MOHAMMED KOYSOR AHMED,

Plaintiff,

-against-

CITIBANK N.A.,

Defendants.
_____/

Docket No.: 1:19-cv-04439-HG-SJB

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, MOHAMMED KOYSOR AHMED, and Defendant, CITIBANK N.A., pending the exchange and approval of final settlement papers.

Dated: September 16, 2022

Respectfully submitted,

_____
Subhan Tariq, Esq.
Attorney I.D. No. ST9597
Tariq Law PC
**Attorney for Plaintiff**
99 Park Avenue, Suite 1100
New York, NY 10016
Telephone: (718) 674-1245
Facsimile: (516) 453-0490
Email: subhan@tariqlaw.com