

99 Park Ave., Suite 1100
New York, NY 10016

**OFFICE:** (718) 674 - 1245
**FAX:** (516) 453 - 0490

October 11, 2022

<u>**VIA ECF**</u>

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Koysor Ahmed, Mohammed v. Citibank N.A.**
**Docket No.: 1:19-cv-04439-HG-SJB**
**Status Report**

Dear Judge Bulsara:

    Our firm represents Plaintiff, Mohammad Koysor Ahmed ("Plaintiff"), in the above-referenced matter. This letter is written, on behalf of Plaintiff and Defendant, Citibank N.A. ("Citibank"), to respectfully provide a joint status report regarding the above-referenced matter.

    On September 16, 2022, Plaintiff filed a Notice of Settlement. On September 18, 2022, the Court ordered that the parties file a Stipulation of Dismissal by October 10, 2022. However, the parties are still in the process of executing the settlement agreement in this matter. Accordingly, Plaintiff and Citibank expect that a Stipulation of Dismissal will be filed on or before December 9, 2022.

    We are most appreciative for Your Honor's time and consideration in this matter.

Sincerely,

Subhan Tariq, Esq.